UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY McCOY | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:21-cv-00384-SEP |
| | ) | |
| WALGREEN PHARMACY | ) | |
| SERVICE MIDWEST | ) | |
| Defendant(s). | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

_____
**Option 1**

☐   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

_____
**Option 2**

☒   An ADR conference was held on: _____October 18, 2021_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____
_____.

The ADR referral was concluded on  October 18, 2021 . The parties [☒  did    ☐  did not] achieve a settlement.                                                                                                               **Check One**

_____
**Option 3**

☐   Although this case was referred to ADR, a conference **WAS NOT HELD**.
_____

Date:     October 19, 2021         Neutral:     /s/ Francis X. Neuner, Jr.