IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **WENDY LYN MCCOY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:21-cv-00384-SEP |
| **WALGREEN PHARMACY** | ) |
| **SERVICES MIDWEST, LLC,** | ) |
| **& WALGREEN CO.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendants, by and through their respective attorneys of record, and hereby stipulate that all claims in this matter are dismissed with prejudice, with each Party to bear their own costs and attorney's fees.

Dated: December 29, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas Ponder*_____ | */s/ Travis Niswonger (with permission)*\_\_\_\_ |
| PONDER ZIMMERMANN LLC | BRYAN CAVE LEIGHTON PAISNER, LLP |
| Douglas Ponder, #54968MO | Amanda Colvin, #61763MO |
| Jaclyn M. Zimmermann, #57814MO | Travis Niswonger, #68297MO |
| 20 South Sarah Street | One Metropolitan Square |
| St. Louis, Missouri 63108 | 211 North Broadway, Suite 3600 |
| (314) 272-2621 | St. Louis, Missouri 63102 |
| (314) 272-2713 (fax) | (314) 259-2000 |
| dbp@ponderzimmermann.com | (314) 259-2020 (fax) |
| jmz@ponderzimmermann.com | amanda.colvin@bclplaw.com |
| | travis.niswonger@bclplaw.com |
| ATTORNEYS FOR PLAINTIFF | |
| | ATTORNEYS FOR DEFENDANTS |